# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   SHEREECE L MERRILL                             Case No.: 10-33402

        Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/28/2010.

2) This case was confirmed on 09/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/27/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/25/2010.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 6

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    20,810.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $ 715.90 |
| Less amount refunded to debtor | $ 139.00 |
| **NET RECEIPTS** | $ 576.90 |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 489.15 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 37.75 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 526.90 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 238.84 | 238.84 | .00 | .00 |
| UNION AUTO | SECURED | 1,790.00 | 3,238.50 | 3,238.50 | 50.00 | .00 |
| CASTLEROCK SECURITY | UNSECURED | 1,344.00 | 973.76 | 973.76 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,031.00 | 808.69 | 808.69 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 500.00 | 1,008.64 | 1,088.64 | .00 | .00 |
| UNION AUTO | UNSECURED | 2,371.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 461.00 | 378.13 | 378.13 | .00 | .00 |
| EVERHOME MORTGAGE | SECURED | 83,361.00 | .00 | .00 | .00 | .00 |
| ANNIES ATTIC | UNSECURED | 18.93 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 465.00 | NA | NA | .00 | .00 |
| CAPITAL MANAGEMENT S | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 653.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2,500.00 | 2,291.23 | 2,291.23 | .00 | .00 |
| COMCAST | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 899.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 772.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 884.00 | 884.83 | 884.83 | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| NATL A FIN | UNSECURED | 8,753.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 169.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| PN FIN | UNSECURED | 1,176.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================
 Scheduled Creditors:

 Creditor                    Claim         Claim         Claim        Principal      Int.
   Name            Class    Scheduled     Asserted      Allowed         Paid         Paid

 SECURITY ASSOCIATES  UNSECURED    41.99          NA            NA             .00          .00
 AZZIE BALDWIN       OTHER         .00          NA            NA             .00          .00
 HARVEY KELLY        OTHER         .00          NA            NA             .00          .00
 EVERHOME MORTGAGE   SECURED       .00      4,721.88      5,171.88           .00          .00
 NATIONAL AUTO FINANC SECURED       NA      3,175.00          .00           .00          .00
 NATIONAL AUTO FINANC UNSECURED     NA      5,962.07      5,962.07           .00          .00
 ROBERT J SEMRAD & AS PRIORITY      NA          .00         11.50           .00          .00
==================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 5,171.88 | .00 | .00 |
| Debt Secured by Vehicle | 3,238.50 | 50.00 | .00 |
| All Other Secured | 378.13 | .00 | .00 |
| **TOTAL SECURED:** | 8,788.51 | 50.00 | .00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 11.50 | .00 | .00 |
| **TOTAL PRIORITY:** | 11.50 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 12,248.06 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 526.90 |
| Disbursements to Creditors | $ | 50.00 |
| **TOTAL DISBURSEMENTS:** | $ | 576.90 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/18/2011                              /s/ Tom  Vaughn
                                                  Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**